# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

APEX TOOL GROUP, LLC,

               Plaintiff,         :    Case No. 3:13-cv-372

    - vs -                           District Judge Thomas M. Rose
                                     Magistrate Judge Michael R. Merz

DMTCO, LLC et al.,

                                    :

              Defendants.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #26), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

It is hereby ORDERED that Defendants' Motion to Dismiss (Doc. #22) is denied.

November 25, 2014.

                                              Thomas M. Rose
                                              United States District Judge